

**KUHARSKI LEVITZ GIOVINAZZO**
ATTORNEYS AT LAW

MICHAEL J. KUHARSKI
LONNY R. LEVITZ

CHRISTOPHER L. STANLEY

Of Counsel
LISA E. GIOVINAZZO
BRUCE LEVITZ
DAVID G. IRONMAN

Main Office
7 DEY STREET
14TH FLOOR
NEW YORK, NY 10007
PHONE: 212.228.1331
FAX: 212.406.1331

www.klawnyc.com
consult@klawnyc.com

Staten Island Office
521 FOREST AVENUE
STATEN ISLAND, NY 10310
PHONE: 718.448.1600

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 10 2007

Thursday, August 09, 2007

**SO ORDERED**
The conference is adjourned to September 11, 2007 at 9:30a.m.

*George B. Daniels*
AUG 10 2007
HON. GEORGE B. DANIELS

Via Facsimile Only (212) 805-6737
Hon. George B. Daniels, JDC
U.S. District Court
500 Pearl Street, Room 630
New York, New York 10007-1312
Attention: Ms. Elizabeth Vega

RE: **Larry Hernandez v. State of New York, et al.**
   **07-CIV-3967**

Dear Hon. Judge Daniels:

We are plaintiff's attorneys in the above-captioned matter currently pending before Your Honor. The case is scheduled for an initial pretrial conference on August 15, 2007 at 9:30 a.m. We are requesting, after receiving consent of the New York State Attorney General, the attorney appearing for the defendant State of New York, by Assistant Attorney General John Knudsen, Esq., an adjournment of the conference to any convenient date/time for the Court during the week of September 10, 2007. This is the first time the conference has been scheduled and this request is the first request we have made regarding this conference. This request is being made because service of the summons and complaint herein upon all of the eight (8) other defendants was made on July 30, 2007 and no answer, appearance, or other communication by said defendants or their counsel has been received apart from that of the Attorney General.

If you have any questions kindly contact the undersigned. I thank you for your anticipated cooperation.

Very truly yours,

KUHARSKI, LEVITZ & GIOVINAZZO, ESQS.

BY: CHRISTOPHER L. STANLEY

cc: John Knudsen, Esq., A.A.G.
    Attorney General of the State of New York