UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LARRY HERNANDEZ,                                  :

                Plaintiff,          :     **ORDER**

       - against -                               :     07 Civ. 3967 (GBD)(FM)

THE STATE OF NEW YORK, et al.,          :

               Defendants.         :

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/09
```

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the conference held today, it is hereby ORDERED that the parties shall confer and submit a proposed scheduling order to Judge Daniels' Chambers by October 21, 2009.

       SO ORDERED.

Dated:    New York, New York
            October 7, 2009

                                                    FRANK MAAS
                                     United States Magistrate Judge

Copies to:

Hon. George B. Daniels
United States District Judge

Christopher L. Stanley, Esq.
Kuharski, Levitz & Giovinazzo
Fax: (212) 406-1331

John Eric Knudsen
New York State Department of Law (EPB)
Fax: (212) 416-6075